IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION


SANTWAN J. HOLT,                       *

      Petitioner,                    *

vs.                                    *
                           CASE NO. 4:08-CV-168 (CDL)
UNITED STATES MARSHAL SERVICE,         *

      Respondent.                    *


ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE


    After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 31, 2008 is hereby approved, adopted, and made the Order of the Court.

    The objection of the Petitioner has been considered and is found to be without merit.

    IT IS SO ORDERED, this 9th day of February, 2009.


                        S/Clay D. Land
                          CLAY D. LAND
                  UNITED STATES DISTRICT JUDGE